**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-2249**

ANTHONY R. GANTT,

       Plaintiff - Appellant,

   v.

UNITED STATES 118TH LEGISLATIVE BRANCH OF THE UNITED STATES FEDERAL GOVERNMENT 2021-2023; UNITED STATES 113TH LEGISLATIVE BRANCH OF THE UNITED STATES FEDERAL GOVERNMENT 2013-2015; UNITED STATES 118TH LEGISLATIVE BRANCH OF THE UNITED STATES FEDERAL GOVERNMENT 2003-2005; UNITED STATES 103RD LEGISLATIVE BRANCH OF THE UNITED STATES FEDERAL GOVERNMENT 1995-1997,

       Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Deborah Lynn Boardman, District Judge.  (8:23-cv-02652-DLB)

Submitted:  February 22, 2024            Decided:  February 26, 2024

Before NIEMEYER and HEYTENS, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Anthony R. Gantt, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Anthony Gantt appeals the district court's order dismissing his complaint as frivolous for failure to identify a plausible cause of action. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Gantt v. U.S. 118th Legis. Branch of the U.S. Fed. Gov't 2021-2023*, 8:23-cv-02652 (D. Md. Nov. 2, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*